IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY AC D.C

05 OCT -4 PM 1:5

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.

DARREL LASHUN AUSTIN,

    Defendant.

NO.  02-20235-Ma
     02-20335-Ma

## ORDER RESETTING RE-SENTENCING DATE

Before the court is the defendant's September 28, 2005, motion to reset the re-sentencing of Darrell Lashun Austin, which is presently set for October 5, 2005.  For good cause shown, the motion is granted.  The re-sentencing of defendant Darrell Lashun Austin is **reset to Wednesday, November 2, 2005, at 9:00 a.m.**

It is so ORDERED this **3d** day of October, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___10-6-05___

57

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:02-CR-20335 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT